# EXHIBIT F







Daintree Wireless Lighting Controls | Lighting HVAC Energy Management Solutions | Current, powered by GE

Puts control in the hands of facility managers with a **simple and intuitive web-based user interface** for energy management, which is accessible from any remote location.

Scales easily from a single office to **system-wide control** of thousands of devices across a distributed enterprise.

Uses a **reliable ZigBee mesh network**: the leading standard for wireless building control systems.

Provides **choice of interoperable building sensors and devices** from trusted suppliers.

Easily **integrates with Building Management Systems (BMS)** via a BACnet interface.

**Pervasive Metering** feature enables the use of standard metering with ControlScope, to reduce total costs of a combined lighting and metering system.

Helps buildings **comply with green building regulations** and guidelines (such as LEED) and qualify for utility and government rebates.

http://www.gelighting.com/LightingWeb/na/solutions/control-systems/wireless-lighting-controls.jsp[11/2/2017 6:29:26 PM]



Daintree Wireless Lighting Controls | Lighting HVAC Energy Management Solutions | Current, powered by GE

http://www.gelighting.com/LightingWeb/na/solutions/control-systems/wireless-lighting-controls.jsp[11/2/2017 6:29:26 PM]