# EXHIBIT J



# Wireless Area Controller (WAC60)

Next-gen hub for facility-grade IoT

### Daintree Wireless Solution

The Wireless Area Controller (WAC60) is part of the Daintree product portfolio, an open networked wireless controls solution for lighting and building control, monitoring, and optimization. Daintree controls provide a highly scalable solution to address evolving environmental regulations and transform spaces into intelligent environments for buildings of all sizes.

Consisting of three components, Daintree includes sensors and controls at the edge, an open API cloud platform, and software apps to help facility managers make decisions based on how space and assets are actually being used using a data-rich sensor network. Benefits of adding wireless Daintree controls include:

- Up to 50% Energy savings across lighting, HVAC, plugload, fans and more
- Visibility into energy usage, trends and insights to optimize operations
- Automated demand response, superior comfort and lower maintenance expense
- Regulatory compliance with Title 24; 2005 EnergyPolicy Act; 2007 Energy Independence and Security Act; 2009 DOE Regulations.

### Product Overview

The WAC60 is the next-generation hardware heart of Current's industry-leading Daintree wireless controls solution for smart buildings. Powered for the first time by Intel, the leader in next-generation chips, the controller delivers significant energy savings and operational improvements in a simpler, more cost-effective way. The WAC is designed to deliver intelligent local control across a large area for hundreds of interoperable wireless sensors and control devices from Daintree ecosystem partners.

The WAC collapses complex control panels, gateways, and miles of wires into a single powerful controller. Using open and interoperable ZigBee® standards-based technology, the WAC communicates with standards-compliant sensors, switches, ballasts, and LED drivers to transform basic room controls into a complete wireless control solution. A WAC can independently control a single extended area, and multiple WACs can be connected through an Ethernet network to scale the system to many hundreds or thousands of lights, sensors, and building control devices across a distributed enterprise.



Daintree Network Architecture



Wireless Area Controller (WAC60)





# Wireless Area Controller (WAC60)

## Key Features and Benefits

- Powered by Intel, the leader in next-gen chips
- The "hub at the edge" for Current's Daintree open solution for wireless building controls
- Securely connects directly to GE's Predix industrial-strength IoT platform
- Double the number of simultaneous IoT devices
- Uses open and ubiquitous Zigbee protocol
- Equipped for IoT challenges of the future, e.g., processing power and bandwidth

## Warranty

GE offers 24 x 7 support with a 30-minute rapid response time for technical issues. The average tenure of GE's support is 10 years and a 93% overall satisfaction rating. The table below summarizes the warranty period for all components of the Daintree system.

| Component | Warranty Period | Coverage Details |
|---|---|---|
| Daintree Software | 1 year (on-premise installed Software)  Subscription term (SaaS) 3 years | GE warrants that as long as all applicable fees due are paid, Daintree Software will substantially conform to the applicable published documentation and published specifications for the Warranty Period. |
| System Controller | 3 years | 100% parts coverage. Warranty for non-Daintree software (such as operating system software) is provided by the respective software GEGE; GE makes no warranty with respect to no-Daintree software. |
| WACs | 5 years | 100% parts coverage |
| Wireless Adapters | 5 years | 100% parts coverage |
| Wireless Devices | 5 years | 100% parts coverage, excluding batteries |
| Wireless Thermostats | 2 years | 100% parts coverage |

### Specifications

| | | |
|---|---|---|
| Dimensions | | 9.4" H x 8" W x 1.2" D |
| Weight | | 1.06lb (480g) |
| Operating Environment | | 32°F to 104°F (0°C to 40°C) Indoor, dry location (Install in non metallic waterproof enclosure for outdoor applications) |
| Processor | (intel) | Intel® Atom™ Processor E3805 |
| Memory and Storage | | 2 GB RAM, 8 GB Flash |
| Status Indicator | | Green (Normal Operation)  Orange (Attention Required)  Red (Error Condition) |
| I/O | | 2 10/100 Mbps Ethernet  2 USB Type A (host)  1 microSD memory card  1 2.1mm barrel (power)  2 Button (configuration)  1 Modbus/RS485 (via USB interface) |
| RF | | 2.4GHz ISM Band  100mW (+20dBm) |
| Power | | 12V DC, 0.9A (max) |
| Power Consumption | | 3.4W (network joined) |
| Warranty | | 5 Years |

| Product Code | Product Description |
|---|---|
| WAC60 | Wireless Area Controller |

Call **1 844 378 4960**   products.currentbyge.com



GE is a trademark of the General Electric Company. All other trademarks are the property of their respective owners. Information provided is subject to change without notice. All values are design or typical values when measured under laboratory conditions. Current and GE Lighting are businesses of the General Electric Company. © 2017 GE