# EXHIBIT K



# Enterprise System Controller (SC7x)

### Daintree Wireless Solution

The **Enterprise System Controller (SC7x)** is part of the Daintree product portfolio, an open networked wireless controls solution for lighting and building control, monitoring, and optimization. Daintree controls provide a highly scalable solution to address evolving environmental regulations and transform spaces into intelligent environments for buildings of all sizes.

Consisting of three components, Daintree includes sensors and controls at the edge, an open API cloud platform, and software apps to help facility managers make decisions based on how space and assets are actually being used using a data-rich sensor network. Benefits of adding wireless Daintree controls include:

- Up to 50% Energy savings across lighting, HVAC, plugload, fans and more
- Visibility into energy usage, trends and insights to optimize operations
- Automated demand response, superior comfort and lower maintenance expense
- Regulatory compliance with Title 24; 2005 EnergyPolicy Act; 2007 Energy Independence and Security Act; 2009 DOE Regulations.

### Daintree Wireless Solutions Product Overview

The SC7x is a computing appliance that hosts the **ControlScope Manager** web application – the primary user interface into the system. It provides processing and storage to enable capture and reporting of energy usage, system alerts, and event information. The SC7x is also used to coordinate the activities of multiple Wireless Area Controllers (WACs) over a standard Ethernet network.

The SC7x is an enterprise class rackmount server providing a familiar form factor for easy deployment and integration into existing IT infrastructures. It also offers increased performance and scalability to manage large, multi-facility and multi-building systems.



Daintree Network Architecture



Enterprise System Controller (SC7x)





# Enterprise System Controller (SC7x)

## Warranty

GE offers 24 x 7 support with a 30-minute rapid response time for technical issues. The average tenure of GE's support is 10 years and a 93% overall satisfaction rating. The table below summarizes the warranty period for all components of the Daintree system.

| Component | Warranty Period | Coverage Details |
|---|---|---|
| Daintree Software | 1 year (on-premise installed Software) Subscription term (SaaS) 3 years | GE warrants that as long as all applicable fees due are paid, Daintree Software will substantially conform to the applicable published documentation and published specifications for the Warranty Period. |
| System Controller | 3 years | 100% parts coverage. Warranty for non-Daintree software (such as operating system software) is provided by the respective software GEGE; GE makes no warranty with respect to no-Daintree software. |
| WACs | 5 years | 100% parts coverage |
| Wireless Adapters | 5 years | 100% parts coverage |
| Wireless Devices | 5 years | 100% parts coverage, excluding batteries |
| Wireless Thermostats | 2 years | 100% parts coverage |

### Specifications

| | | |
|---|---|---|
| Dimensions | | 1.7" H x 19" W x 16.9" D (42mm H x 483mm W x 429mm D) |
| Form Factor | | 1U rackmount appliance Standard 19" rack Rack rails or wall mount kit included |
| Operating Environment | | 50°F to 95°F (10°C to 35°C) 20% to 80% RH (non-condensing) |
| Processor | intel | Intel Xeon Quad Core Processor (3.1 GHz or greater) |
| Storage | | SATA HDD (2) 500 GB or greater |
| Memory | | 16 GB or greater |
| Operating System | | Ubuntu Server, Version 14.04 |
| I/O | | (2) 10/100/1000 Ethernet (4) USB 2.0 |
| Power | | 90-264 VAC universal input |
| Warranty | | 3 Years (included) |
| System Backup | | External USB flash drive |
| Redundancy | | RAID 1 (hard drive mirroring) |

| Product Code | Product Description |
|---|---|
| SC72 | Enterprise System Controller (Rack Mount) |
| SC72-W | Enterprise System Controller (Wall Mount) |
| SC72-H | Enterprise System Controller, Hosted |

Call 1 844 378 4960    products.currentbyge.com

GE is a trademark of the General Electric Company. All other trademarks are the property of their respective owners. Information provided is subject to change without notice. All values are design or typical values when measured under laboratory conditions. Current and GE Lighting are businesses of the General Electric Company. © 2017 GE

