# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| F2VS TECHNOLOGIES, LLC,<br>    Plaintiff,<br><br>v.<br><br>DAINTREE NETWORKS, INC.,<br>    Defendant. | C.A. NO. 1:17-cv-01713-VAC-SRF |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time by which Defendant Daintree Networks, Inc. shall answer, move, or otherwise respond to F2VS Technologies, LLC's Original Complaint (D.I. 1) is extended through and including Monday, January 22, 2018 (from Wednesday, December 20, 2017).

Dated: December 20, 2017

*/s/ Stamatios Stamoulis*

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff F2SV Technologies, LLC*

*/s/ Karen Ann Jacobs*

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Karen Ann Jacobs (#2881)
kjacobs@mnat.com
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200

*Attorney for Defendant Daintree Networks, Inc.*

IT IS SO ORDERED this ____ day of _____, 2017

_____