# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| F2VS TECHNOLOGIES, LLC,<br>    Plaintiff,<br><br>v.<br><br>DAINTREE NETWORKS, INC.,<br>    Defendant. | C.A. NO. 1:17-cv-01713-RGA |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

| **STAMOULIS & WEINBLATT LLC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| Stamatios Stamoulis (#4606)<br>Ricahrd C. Weinblatt (#5080)<br>Two Fox Point Centre<br>6 Deny Road, Suite 307<br>Wilmington, Delaware 19809<br>Telephone: (302) 999-1540<br>Email: stamoulis@swdelaw.com<br>Email: weinblatt@swdelaw.com | Karen Jacobs (#2881)<br>Stephen J. Kraftschik (#5623)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-9200<br>Email: kjacobs@mnat.com<br>Email: skraftschik@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Date: July 5, 2018

Plaintiff F2VS TECHNOLOGIES, LLC and Defendant DAINTREE NETWORKS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an Order dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: July 5, 2018

/s/ Stamatios Stamoulis

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III
Jonathan R. Miller
Travis E. Lynch
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869, -0863, -0867
Facsimile: (205) 547-5502, -5506, -5515
Email: jmcdonough@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

/s/ Stephen J. Kraftschik
(e-signed with express permission

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Karen Jacobs (#2881)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Email: kjacobs@mnat.com
Email: skraftschik@mnat.com

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Stephen J. Akerley
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: (415) 432-6000
Email: SJAkerley@mintz.com

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Jinnie L. Reed
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: JLReed@mintz.com

*Attorneys for Plaintiff F2SV Technologies, LLC*

*Attorneys for Defendant Daintree Networks, Inc.*

SO ORDERED THIS 6 day of July 2018

_____
United States District Judge